```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION

DOCTOR AI LLC,                      *

       Plaintiff,                   *

vs.                                 *
                                         CASE NO. 4:25-CV-130 (CDL)
WEBMD LLC,                          *

       Defendant.                   *
```

O R D E R

Doctor Ai, LLC filed this action against WebMD, LLC. Azad Kabir, who is a physician but not an attorney, is Doctor Ai, LLC's managing member, and he sought to represent Doctor Ai, LLC in this action "*pro se*." As the Court previously concluded, Dr. Kabir may not represent the LLC because it "is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel." *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). Dr. Kabir filed a "Motion for Pro Se Representation" representing that he assigned the patent at issue in this action to Doctor Ai LLC for the purpose of initiating this action, that the patent has been reassigned to Dr. Kabir personally, and that Dr. Kabir wishes to proceed pro se as the sole owner and assignee of the patent.

The Court construes the "Motion for Pro Se Representation" as a motion for leave to amend the complaint to substitute the correct

party (Dr. Kabir) as the Plaintiff. That motion (ECF No. 4) is granted. By June 6, 2025, Dr. Kabir shall file an amended complaint that names the correct patent holder as the plaintiff. The amended complaint should also cure other deficiencies in the present complaint, which is improperly comprised of five separate documents plus exhibits. Specifically, any amended complaint must comply with Federal Rules of Civil Procedure 8 and 10 and shall include factual allegations to support Plaintiff's contention that venue is proper in this District.

  IT IS SO ORDERED, this 9th day of May, 2025.

            S/Clay D. Land
            CLAY D. LAND
            U.S. DISTRICT COURT JUDGE
            MIDDLE DISTRICT OF GEORGIA