```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF GEORGIA
                          COLUMBUS DIVISION
```

| | |
|---|---|
| AZAD KABIR, | * |
|     Plaintiff, | * |
| vs. | *    CASE NO. 4:25-CV-130 (CDL) |
| WEBMD LLC, | * |
|     Defendant. | * |

O R D E R

Plaintiff recently filed this action, asserting claims against Defendant for patent infringement, copyright infringement, and trade secret misappropriation. Plaintiff now seeks a six-month stay of this action so he can (a) pursue settlement with Defendant and (b) determine whether venue is proper in this Court. Plaintiff also requests a court-appointed mediator or referral to an alternative dispute resolution program. And, despite his request for a stay of this action, Plaintiff also wants the Court to order limited discovery so that he can discover information from Defendant to help him during mediation. The Court denies Plaintiffs' motions (ECF Nos. 7 & 8).

Plaintiff has not filed a proof of service or submitted any other filing establishing that Defendant has been served with a summons and copy of the complaint as required by Federal Rule of Civil Procedure 4(c). Before the Court may exercise personal

jurisdiction over Defendant, there must be valid service of process. *See Laster v. City of Albany, Georgia, Water, Gas & Light Co.*, 517 F. App'x 777 (11th Cir. 2013) (per curiam) ("Valid service of process is a prerequisite for a federal court to assert personal jurisdiction over a defendant[.]"). Accordingly, at this point, the Court has no basis for exercising personal jurisdiction over Defendant, and the Court cannot require Defendant to participate in pre-service discovery. The Court further finds that Plaintiff offered no legitimate grounds to stay the action before Defendant has been served.

    IT IS SO ORDERED, this 16th day of May, 2025.

                                        S/Clay D. Land
                                        CLAY D. LAND
                                        U.S. DISTRICT COURT JUDGE
                                        MIDDLE DISTRICT OF GEORGIA