# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| AZAD KABIR,<br><br>        Plaintiff,<br><br>v.<br><br>WEBMD LLC,<br><br>        Defendant. | Case No.: 4:25-cv-00130-CDL |

## WEBMD LLC'S FRCP 7.1 DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil of Procedure 7.1, WebMD LLC states that it is a wholly owned subsidiary of WebMD Health Corp., which is wholly owned by MH Sub I, LLC, d/b/a Internet Brands. There is no publicly held corporation or entity owning 10% or more of the stock of WebMD LLC.

Dated: August 18, 2025                               Respectfully submitted,

  /s/ *Steven McMahon Zeller*
Jefferson M. Starr
Georgia Bar No.: 992352
COLEMAN TALLEY LLP
3344 Peachtree Road, NE,
Suite 1950,
Atlanta, GA 30326
(770) 698-9556

Michael P. Adams (*pro hac vice*)
DYKEMA GOSSETT PLLC
111 Congress Avenue, Suite 1800
Austin, Texas 78701
Telephone: (512) 703-6315
madams@dykema.com

Steven McMahon Zeller (*pro hac vice*)
DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 876-1700

*Attorneys for Defendant WebMD LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2025, I electronically filed the foregoing **WEBMD LLC'S FRCP 7.1 DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record and other registered participants.

/s/ *Steven McMahon Zeller /*
Steven McMahon Zeller

4918-4492-9888.1